UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter Of:

**MICHAEL & ALLYSON WESTRICK**  Case No.: 08-70876-SWR
Chapter 7
Honorable S.W. RHODES

_____Debtor (s)_____/

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $200.60 represents the total sum of unclaimed dividends in this estate to date and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO: | AMOUNT OF DIVIDEND |
|---|---|---|
| VISA<br>PO Box 4521<br>Carol Stream, IL 60197 | 7 | 200.60 |
|  |  |  |

Dated: October 11, 2010

/s/ BASIL T. SIMON (P26340)_____
Chapter 7 Trustee
422 W. Congress, Suite 400
Detroit, MI 48226
313/962-6400
bsimon@sszpc.com